**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,       ) | |
|                                 ) | |
|         Plaintiff,              ) | No. CR-98-00426-PHX-PGR |
|                                 ) | |
|    vs.                          ) | ORDER |
|                                 ) | |
| Frank M. Johnson, Jr.,          ) | |
|                                 ) | |
|         Defendant.              ) | |
|                                 ) | |

Pending before the Court is the defendant's Motion for Clarification and Quash of Federal Detainer (Doc. 68) and a letter from the defendant (Doc. 69), which the Court construes as a Motion to Remove Hold, wherein the defendant, a prisoner in the custody of the Arizona Department of Corrections, states that he has been told that there is a federal detainer or hold against him stemming from this action that he wants removed because it is interfering with his ability to enter certain prison programs. The Court finds that the defendant's motions should be denied because as far as the Court can determine from a review of the docket of this action and from an inquiry to the United States Marshal's Service there is no federal detainer pending against the defendant as a result of this action. While the public records of the Arizona Department of Corrections show that there is a detainer, dated July 8,

2010, pending against the defendant issued by Maricopa County Adult Probation, which is presumably a probation violation warrant, that is not anything this Court has any authority over. Therefore,

IT IS ORDERED that defendant Frank M. Johnson, Jr.'s Motion for Clarification and Quash of Federal Detainer (Doc. 68) and Motion to Remove Hold (Doc. 69) are both denied.

DATED this 28th day of October, 2013.

Paul G. Rosenblatt
United States District Judge